

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-15-00587-CV

**ESSEX INSURANCE COMPANY**,
Appellant

v.

Rafael **ZUNIGA**,
Appellee

From the 229th Judicial District Court, Duval County, Texas
Trial Court No. DC-13-112-A
Honorable Ana Lisa Garza, Judge Presiding

PER CURIAM

Sitting:    Rebeca C. Martinez, Justice
            Patricia O. Alvarez, Justice
            Luz Elena D. Chapa, Justice

Delivered and Filed:  October 7, 2015

DISMISSED

The parties have filed a joint motion to dismiss this appeal.  We grant the motion and dismiss the appeal.  TEX. R. APP. P. 42.1(a).  Costs of appeal are taxed against the parties who have incurred them.

PER CURIAM